**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ALEJANDRO GIL and MANUEL HERNANDEZ, individually and on behalf of all Others Similarly Situated,** | ) ) ) | **Case No. 1:20-cv-02362** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Honorable Robert W. Gettleman** |
| **v.** | ) | |
| | ) | |
| **TRUE WORLD FOODS CHICAGO, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs Alejandro Gil and Manuel Hernandez respectfully request that the Court grant them leave to file notice of supplemental authority in support of their Response in Opposition to Defendant's Motion to Dismiss ("Response").

1.      On August 7, 2020, Defendant filed a Motion to Dismiss Plaintiffs' Class Action Complaint arguing, amongst other things, that Plaintiffs' Biometric Information Privacy Act ("BIPA"), 740 ILCS 14/1 *et seq.*, claims are preempted by the exclusive remedy provision of the Illinois Workers' Compensation Act ("WCA"), 820 ILCS 305.  (D.E. 18).

2.      On September 4, 2020, Plaintiffs filed their Opposition to Defendant's Motion to Dismiss.  (D.E. 23).

3.      Defendant's reply is currently due to be submitted by September 18, 2020.

4.      On September 18, 2020, a decision was issued by the First District Appellate Court in *McDonald v. Symphony Bronzeville Park, LLC, et al.*, No. 1-19-2398, finding that "the exclusivity provisions of the [Illinois Workers'] Compensation Act do not bar a claim for statutory, liquidated damages, where an employer is alleged to have violated an employee's statutory privacy

rights under the [BIPA], as such a claim is simply not compensable under the Compensation Act."

*McDonald*, 2020 IL App (1st) 192398 (Sep. 18, 2020), ¶ 27.

**WHEREFORE**, Plaintiffs respectfully request this Court grant them leave to file a notice

of supplemental authority in support of their Opposition to Defendant's Motion to Dismiss.

Dated: September 18, 2020                    Respectfully submitted,

       */s/ Catherine T. Mitchell*

Ryan F. Stephan
James B. Zouras
Catherine T. Mitchell
**STEPHAN ZOURAS, LLP**
100 N. Riverside Plaza, Suite 2150
Chicago, Illinois 60606
312.233.1550
312.233.1560 *f*
rstephan@stephanzouras.com
jzouras@stephanzouras.com
cmitchell@stephanzouras.com

Michael Persoon
**DEPRES, SCHWARTZ & GEOGHEGAN, LTD.**
77 W. Washington St., Suite 711
Chicago, Illinois 60602
312-372-2511
312-372-7391 *f*
mpersoon@dsgchicago.com

***Attorneys for Plaintiff and the
Putative Class***

2

## CERTIFICATE OF SERVICE

I, the attorney, hereby certify that on September 18, 2020 I electronically filed the attached with the Clerk of the Court using the ECF system which will send such filing to all attorneys of record.

*/s/ Catherine T. Mitchell*