# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

ALEJANDRO GIL and MANUEL HERNANDEZ, on behalf of themselves and all other persons similarly situated, known and unknown,

Plaintiff(s),

v.

TRUE WORLD FOODS CHICAGO, LLC,

Defendant(s).

Case No. 20 C 2362
Judge Robert W. Gettleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) TRUE WORLD FOODS CHICAGO, LLC
and against plaintiff(s) ALEJANDRO GIL and MANUEL HERNANDEZ, on behalf of themselves and all other persons similarly situated, known and unknown

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Robert W. Gettleman on a motion

Date: 11/30/2020                               Thomas G. Bruton, Clerk of Court

                                               Claire E. Newman, Deputy Clerk